1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  PHILLIP C. THOMPSON, ESQ.
3  Nevada Bar No. 12114
   AMANDA PATANAPHAN, ESQ.
4  Nevada Bar No. 15080
   **JACKSON LEWIS P.C.**
5  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
6  Tel: (702) 921-2460
7  Email: deverie.christensen@jacksonlewis.com
   Email: phillip.thompson@jacksonlewis.com
8  Email: amanda.patanaphan@jacksonlewis.com

9  *Attorneys for Defendants*
   *Caesars Entertainment, Inc. and*
10 *Caesars Enterprise Services, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TENAYA WILLIAMS, an individual, | |
| Plaintiffs, | Case No.: 2:25-cv-00276-MMD-NJK |
| vs. | **ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CAESARS ENTERTAINMENT, INC.** |
| CAESARS ENTERTAINMENT, INC., a Delaware Corporation, CAESARS ENTERPRISE SERVICES, LLC, a Delaware Limited Liability Company, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff TENAYA WILLIAMS, by and through her counsel, Ryan Alexander, Chtd., and Defendants CAESARS ENTERTAINMENT, INC. ("CEI") and CAESARS ENTERPRISE SERVICES, LLC ("CES"), by and through their counsel, Jackson Lewis P.C., hereby stipulate to the dismissal of Plaintiff's claims against Defendant CEI with prejudice.

Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of Plaintiff or CES with respect to Plaintiff's claims against CES.

DATED this 28th day of March, 2025.          DATED this 28th day of March, 2025.

RYAN ALEXANDER, CHTD.                    JACKSON LEWIS P.C.

*Michael D. Navratil*                              *Amanda Patanaphan*
RYAN ALEXANDER, ESQ.                     DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 10845                          Nevada Bar No. 6596
MICHAEL D. NAVRATIL, ESQ.               PHILLIP C. THOMPSON, ESQ.
Nevada Bar No. 7460                            Nevada Bar No. 12114
3017 West Charleston Blvd., Ste. 10         AMANDA PATANAPHAN, ESQ.
Las Vegas, Nevada 89102                      Nevada Bar No. 15080
                                                              300 S. Fourth Street, Suite 900
                                                              Las Vegas, Nevada 89101

*Attorneys for Plaintiff Tenaya Williams*      *Attorneys for Defendants*
                                                              *Caesars Entertainment, Inc. and*
                                                              *Caesars Enterprise Services, LLC*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: March 28, 2025

Respectfully Submitted by:

JACKSON LEWIS P.C.

*Amanda Patanaphan*
DEVERIE J. CHRISTENSEN, ESQ.
Nevada Bar No. 6596
PHILLIP C. THOMPSON, ESQ.
Nevada Bar No. 12114
AMANDA PATANAPHAN, ESQ.
Nevada Bar No. 15080
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
*Attorneys for Defendants*

4906-1194-9102, v. 1