1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada Bar No. 6596
2  PHILLIP C. THOMPSON, ESQ.
   Nevada Bar No. 12114
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Email: deverie.christensen@jacksonlewis.com
   Email: phillip.thompson@jacksonlewis.com
6
   *Attorneys for Defendant*
7  *Caesars Enterprise Services, LLC*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10
    TENAYA WILLIAMS, an individual,
11
                    Plaintiffs,                    Case No.: 2:25-cv-00276-MMD-NJK
12
        vs.                                        **ORDER GRANTING**
13                                                 **STIPULATION FOR DISMISSAL**
    CAESARS ENTERTAINMENT, INC., a                 **WITH PREJUDICE**
14  Delaware Corporation, CAESARS
    ENTERPRISE SERVICES, LLC, a Delaware
15  Limited Liability Company, DOES I through
    X, inclusive, and ROE CORPORATIONS I
16  through X, inclusive,

17                  Defendants.

18
        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Tenaya Williams,
19
    by and through her counsel, Ryan Alexander, Chtd., and Defendant, Caesars Enterprise Services,
20
    LLC, by and through its counsel, the law firm of Jackson Lewis P.C., that pursuant to Fed. R. Civ.
21
    / / /
22
    / / /
23
    / / /
24
    / / /
25
    / / /
26

27

28

P. Rule 41(a)(1)(A)(ii), the above entitled action is hereby dismissed with prejudice, with each party
to bear their own attorney's fees and costs.

Dated this 10ᵗʰ day of November, 2025.

RYAN ALEXANDER, CHTD.

/s/
RYAN E. ALEXANDER, ESQ. #10845
NOAH A. DURAN, ESQ. #15033
3017 W Charleston Blvd, Suite 10
Las Vegas, Nevada 89102

*Attorneys for Plaintiff*
*Tenaya Williams*

JACKSON LEWIS P.C.

/s/
DEVERIE J. CHRISTENSEN, ESQ. #6596
PHILLIP C. THOMPSON, ESQ. #12114
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Caesars Enterprise Services, LLC*

## ORDER

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to
bear their own costs and fees.  The Clerk of Court is kindly instructed to close this case.

_____
United States District Court/

Dated: November 12, 2025
_____